## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 0417                                              Purchased/Filed: January 16, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*            Plaintiff

against

*Heritage General Contracting , LLC.*                                             Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___January 22, 2008___ , at ___2:00pm___ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint with Exhibits and judges Rules

on _____Heritage General Contracting , LLC_____ , the Defendant in this action, by delivering to and leaving with _____Donna Christie_____ , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___1___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___304 Limited Liability Company Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___38___   Approx. Wt: ___145___   Approx. Ht: ___5'5"___
Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___F___   Other: _____

Sworn to before me on this

___24th___ day of _____January, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0800635

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**