STATE OF NEW YORK     )
                                          SS.:
COUNTY OF NEW YORK  )

RICH GAGE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 16th day of January, 2008, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Heritage General Contracting, LLC
       220 Pierson Avenue
       Edison, NJ 08837

*[signature]*
RICH GAGE

Sworn to before me this
17th day of January, 2008

*[signature]*
NOTARY PUBLIC
NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011